# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

---

|  |  |
|---|---|
|  | **March 2021 GRAND JURY**<br>**(Impaneled 03/26/2021)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:**<br>Title 18, United States Code,<br>Sections 2252A(a)(2)(A) and<br>2252A(a)(5)(B)<br>(4 Counts and Forfeiture Allegation) |
| **SPENCER HART** |  |

### COUNTS 1-3
### (Distribution of Child Pornography)

### The Grand Jury Charges That:

On or about the dates set forth below, in the Western District of New York, the defendant, SPENCER HART, having a prior conviction under the laws of the State of New York relating to the possession of child pornography, did knowingly distribute, and attempt to distribute, child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer:

| COUNT | DATE |
| :---: | :---: |
| 1 | March 17, 2020 |
| 2 | June 21, 2020 |
| 3 | June 22, 2020 |

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

### COUNT 4
**(Possession of Child Pornography)**

**The Grand Jury Further Charges That:**

On or about July 16, 2020, in the Western District of New York, the defendant, SPENCER HART, having a prior conviction under the laws of the State of New York relating to the possession of child pornography, did knowingly possess material, that is, a Custom ABS Computer Tower, bearing serial number C69719800096, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

2

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any of the offenses set forth in Counts 1 through 4 of this Indictment, the defendant, SPENCER HART, shall forfeit to the United States any matter which contains any visual depiction of child pornography, which was produced, transported, mailed, shipped, and received, and any and all property, real and personal, used and intended to be used to commit and to promote the commission of such offenses, and all property traceable to such property, including but not limited to the following:

1) One (1) Custom ABS Computer Tower, bearing serial number C69719800096.

**All pursuant to the provisions of Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED:  Buffalo, New York, July 1, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    S/JEFFREY T. FIUT
Special Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5796
Jeffrey.Fiut@usdoj.gov

A TRUE BILL:

S/FOREPERSON

3