UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────

UNITED STATES OF AMERICA,

        v.

SPENCER HART,

          Defendant.
───────────────────────────────────────

                                        **21-CR-106-WMS**

                                       **SUPPLEMENTAL
SENTENCING MEMORANDUM**

       This matter is scheduled for sentencing before Your Honor on August 16, 2023. Attached to this supplemental sentencing memorandum are the following exhibits for the Court's consideration at the time of sentencing:

- Exhibit A: Letter in support from Tammy Besanti, Mother
- Exhibit B.: Letter in support from Kathrina Hart, Sister

**DATED:**     August 11, 2023
                Buffalo, New York

                                             Respectfully submitted,

                                             **/s/Frank R. Passafiume**
                                             Frank R. Passafiume
                                             Assistant Federal Public Defender
                                             Federal Public Defender's Office
                                             300 Pearl Street, Suite 200
                                             Buffalo, New York 14202
                                             (716) 551-3341; 551-3346 (fax)
                                             frank.passafiume@fd.org
                                             *Attorney for Spencer Hart*